# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 21-241V

|  |  |
|---|---|
| JANICE LENT,<br><br>             Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>             Respondent. | Chief Special Master Corcoran<br><br>Filed: September 20, 2024 |

*Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioner.*

*Parisa Tabassian, U.S. Department of Justice, Washington, DC, for Respondent.*

<u>**DECISION AWARDING DAMAGES**</u>[1]

On January 7, 2021, Janice Lent filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a Table injury – Shoulder Injury Related to Vaccine Administration ("SIRVA") as a result of an influenza vaccine she received on October 16, 2019. Amended Petition, filed May 14, 2021, at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 11, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for a Table SIRVA injury. On September 20, 2024, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $45,288.00 (comprised of $45,000.00 for pain and suffering and $288.00 for past unreimbursable expenses). Proffer at 2. In the Proffer, Respondent represented that

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at  https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $45,288.00 (comprised of $45,000.00 for pain and suffering and $288.00 for past unreimbursable expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

JANICE LENT,

               Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

               Respondent.

No. 21-241V
Chief Special Master Brian H. Corcoran
ECF

### RESPONDENT'S PROFFER

On January 7, 2021, Janice Lent ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the Act"), 42 U.S.C. §§ 300aa-1 to -34.  On May 14, 2021, petitioner filed an amended petition ("Petition").  Petitioner alleged that she received a flu vaccination in her left shoulder on October 16, 2019, at fifty-eight years of age, and thereafter suffered from a SIRVA.  *See* Petition.

On February 15, 2023, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report, recommending against compensation because petitioner had not established a Table[1] SIRVA claim.  ECF No. 30.  On July 12, 2023, petitioner filed a Motion for Ruling on the Record.  ECF No. 34.  On August 14, 2023, respondent filed a Response to Petitioner's Motion for a Ruling on the Record, and on August 22, 2023, petitioner filed a Reply.  ECF No. 35, 36.  On July 11, 2024, the Chief Special Master issued a Ruling on Entitlement finding petitioner

---

[1]  The Vaccine Injury Table is located at 42 C.F.R. § 100.3.

entitled to compensation.  ECF No. 37.  Respondent now files this proffer regarding the amount of damages to be awarded.[2]

## I.    <u>Items of Compensation</u>

### A.    <u>Pain and Suffering</u>

Respondent proffers that petitioner should be awarded $45,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

### B.    <u>Past Unreimbursable Expenses</u>

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury.  Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $288.00.  *See* 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

## II.    <u>Form of the Award</u>

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and

---

[2] Respondent has no objection to the amount of the proffered award of damages set forth herein. Assuming the Chief Special Master issues a damages decision in conformity with this proffer, respondent waives his right to seek review of such damages decision.  However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Chief Special Master's July 11, 2024, entitlement decision.

the Court's judgment award the following[3]: a lump sum payment of $45,288.00, in the form of a check payable to petitioner.

### III.    Summary of Recommended Payments Following Judgment

Lump sum payable to petitioner, Janice Lent:                    **$45,288.00**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

VORIS E. JOHNSON, JR.
Assistant Director
Torts Branch, Civil Division

*s/ PARISA TABASSIAN*
PARISA TABASSIAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 305-4035
Parisa.Tabassian@usdoj.gov

Dated: September 19, 2024

---

[3]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future, unreimbursed expenses, future lost earnings, and future pain and suffering.